William Rice LUMMIS, Texas Temporary Administrator of the Estate of Howard R. Hughes, Jr., Deceased, Plaintiff-Appellant, Cross Appellee,

v.

Mark WHITE, Bob Bullock, Kenneth Cory, H. B. Alvord, et al., Defendants-Appellees.

Kenneth Cory, H. B. Alvord, Defendants-Appellees, Cross Appellants.

No. 79–2898.

United States Court of Appeals, Fifth Circuit.*

Aug. 26, 1982.

Andrews & Kurth, O. Clayton Lilienstern, Houston, Tex., Graves, Dougherty, Hearon, Moody & Garwood, R. James George, Jr., Austin, Tex., James W. Moore, New Haven, Conn., for plaintiff-appellant, cross appellee.

Paul J. Van Osselaer, Austin, Tex., M. Carr Ferguson, Asst. Atty. Gen., Tax Div., Dept. of Justice, Gilbert E. Andrews, Chief, Appellate Section, Richard Farber, Atty., Washington, D. C., Brown, Maroney, Rose, Baker & Barber, Charlie D. Dye, Austin, Tex., Jerome B. Falk, Steven L. Mayer, Jerome B. Falk, Jr., San Francisco, Cal., Gibson, Dunn & Crutcher, Ronald E. Gother, Los Angeles, Cal., McGinnis, Lochridge & Kilgore, Rick Harrison, Austin, Tex., Clark, Thomas, Winters & Shapiro, Donald S. Thomas, Austin, Tex., for defendants-appellees.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before VANCE and FRANK D. JOHNSON, Jr., Circuit Judges, and THOMAS,** District Judge.

** District Judge of the Southern District of Alabama, sitting by designation.

PER CURIAM:

The Supreme Court, —— U.S. ——, 102 S.Ct. 2325, 72 L.Ed.2d 694, having held that the eleventh amendment bars the statutory interpleader sought in this case, the judgment of the district court, 491 F.Supp. 5, dismissing the action is affirmed.

AFFIRMED.